IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOUGLAS PIERSON** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **UNITED STATES OF AMERICA** | : | **NO. 17-2739** |

## ORDER

**NOW,** this 29th day of June, 2017, upon consideration of Plaintiff's Motion for Admission of Counsel *Pro Hac Vice* (Document No. 5), it is **ORDERED** that the motion is **GRANTED** and Brewster S. Rawls, Esquire is admitted *pro hac vice* to the bar of this Court to represent the plaintiff Douglas Pierson for purposes of this action only.

**IT IS FURTHER ORDERED** that counsel shall file all pleadings electronically using the Electronic Case Filing (ECF) system, and follow Judge Savage's Policies and Procedures.

/s/ Timothy J. Savage, J.