IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOUGLAS PIERSON** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **UNITED STATES OF AMERICA** | : | **NO. 17-2739** |

<u>**ORDER**</u>

**NOW,** this 10th day of July, 2017, upon consideration of the parties' request, it is **ORDERED** as follows:

1. The pretrial conference is rescheduled to **Wednesday, September 6, 2017, at 8:30 a.m.;** and

2. Counsel shall complete and file with the Clerk the required Report of Rule 26(f) no later than **August 29, 2017**.

<u>/s/TIMOTHY J. SAVAGE</u>